# Memorandum



| Subject | Date |
|---|---|
| Issuance of Order and Limits of Punishment U.S. v ANTHONY W. WILLIAMS (SENTENCING GUIDELINES CASE) | July 18, 2007 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk<br>U.S. District Court<br>Middle District of Alabama | Christa D. Deegan<br>Assistant United States Attorney |

Please issue an order directing the United States Marshals Service to produce for arraignment on August 1, 2007, the following person who was indicted at the July 18, 2007, Grand Jury:

ANTHONY W. WILLIAMS
USMS Custody, M/AL

## LIMITS OF PUNISHMENT

**Counts 1, 2 & 3:  21 USC § 841(a)(1) & (b)(1)(B)**
NMT $4,000,000 fine, or twice gross loss to victim or twice gross gain to defendant, whichever is greatest;
NLT 10Y, NMT LIFE, or both;
NLT 8 Sup Rel;
$100 Assessment Fee; VWPA

**Count 4:  21 USC § 841(a)(1) & (b)(1)(A)**
NMT $8,000,000 fine, or twice gross loss to victim or twice gross gain to defendant, whichever is greatest;
NLT 20Y, NMT LIFE, or both;
NLT 10Y Sup Rel;
$100 Assessment Fee; VWPA

**Count 5:  21 USC § 841(a)(1) & (b)(1)(C)**
NMT $2,000,000 fine, or twice gross loss to victim or twice gross gain to defendant, whichever is greatest;
NMT 30Y, or both;
NLT 6Y Sup Rel;
$100 Assessment Fee; VWPA

ESTIMATED TRIAL TIME: 3 DAYS