

# Memorandum

| Subject | Date |
|---|---|
| AMENDED - Issuance of Arrest Warrant and Limits of Punishment U.S. v ANTHONY W. WILLIAMS (SENTENCING GUIDELINES CASE) | July 19, 2007 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk U.S. District Court Middle District of Alabama | Christa D. Deegan Assistant United States Attorney |

Please issue an arrest warrant for the following person who was indicted at the July 18, 2007, Grand Jury:

ANTHONY W. WILLIAMS
2181 George Mull Street
Montgomery, AL

## LIMITS OF PUNISHMENT

**Counts 1, 2 & 3: 21 USC § 841(a)(1) & (b)(1)(B)**
NMT $4,000,000 fine, or twice gross loss to victim or twice gross gain to defendant, whichever is greatest;
NLT 10Y, NMT LIFE, or both;
NLT 8 Sup Rel;
$100 Assessment Fee; VWPA

**Count 4: 21 USC § 841(a)(1) & (b)(1)(A)**
NMT $8,000,000 fine, or twice gross loss to victim or twice gross gain to defendant, whichever is greatest;
NLT 20Y, NMT LIFE, or both;
NLT 10Y Sup Rel;
$100 Assessment Fee; VWPA

**Count 5: 21 USC § 841(a)(1) & (b)(1)(C)**
NMT $2,000,000 fine, or twice gross loss to victim or twice gross gain to defendant, whichever is greatest;
NMT 30Y, or both;
NLT 6Y Sup Rel;
$100 Assessment Fee; VWPA

ESTIMATED TRIAL TIME: 3 DAYS