AO 442   (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE   District of   ALABAMA

UNITED STATES OF AMERICA

V.

ANTHONY W. WILLIAMS
2181 GEORGE MULL STREET
MONTGOMERY, ALABAMA

**WARRANT FOR ARREST**

Case Number:  2:07CR138-MEF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **ANTHONY W. WILLIAMS**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with  (brief description of offense)

Controlled Substance - Sell, Distribute, or Dispense

in violation of Title   21:   United States Code, Section(s)   841(a)(1)

DEBRA P. HACKETT
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

[signature] Kell Gregg
Signature of Issuing Officer

JULY 19, 2007, MONTGOMERY, ALABAMA
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |