IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 2:07CR138-MEF |
| | ) | |
| ANTHONY W. WILLIAMS | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for _____August 1, 2007,_____ in the above-styled cause.

You are DIRECTED to produce the following named prisoner:

ANTHONY W. WILLIAMS

before the United States District Court at _____One Church Street, Montgomery, AL_____ in Courtroom 5-B on the 1st Day of August 2007

at _____10:30 a.m._____

DONE this 19th day of July, 2007.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By:   /s/ Kelli Gregg
Deputy Clerk

**RETURNED UNEXECUTED**

RETURNED AND FILED
JUL 2 3 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST.

*Subject not in custody.*