**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:07-cr-138-CSC-MEF |
| | ) | |
| **ANTHONY W. WILLIAMS** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance on behalf of Defendant, **ANTHONY W. WILLIAMS**, in the above-styled case.

Dated this 24th day of July 2007.

                                          Respectfully submitted,

                                        **s/Christine A. Freeman**
                                        **CHRISTINE A. FREEMAN**
                                        **TN BAR NO.: 11892**
                                        Attorney for Anthony W. Williams
                                        Federal Defenders
                                        Middle District of Alabama
                                        201 Monroe Street, Suite 407
                                        Montgomery, AL 36104
                                        TEL: (334) 834-2099
                                        FAX: (334) 834-0353
                                        E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

     I hereby certify that on July 24, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

     Christa D. Deegan, Esquire
     Assistant United States Attorney
     One Court Square, Suite 201
     Montgomery, Alabama 36104

     Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Anthony W. Williams
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org