UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr138-MEF |
| | ) | |
| ANTHONY W. WILLIAMS | ) | |

**ORDER**

On July 26, 2007, the court entered an order which due to an scrivener's error was erroneously dated July 26, 2005. The correct date should be July 26, 2007. Accordingly, it is

ORDERED that the July 26 order be and is hereby AMENDED to reflect that the order was signed on July 26, 2007.

Done this 1st day of August, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE