In The United States District Court RECEIVED
Middle District of Alabama
Northern Division

2007 AUG 20  A 9:33

United States of America        )
v                               )        2:07-cr-138 MEF
_____ _____ _____         )

## Motion To Appoint Council

Comes now the Defendant appearing pro se in the above referenced case and notifies this Court that he is without council. This Court appointed Christine Freeman, Defendant's _____ _____ an attorney to the _____ and Christine Freeman was discharged.

Defendant is indigent and entitled to have detailed council. The Defendant _____ requests this Court appoint council _____ by re-appointing Hon Christine Freeman

Respectfully Submitted on 16 August 2007 by:

x _____ _____

Certificate of Service

The undersigned respectfully requests that the Clerk of Court notify the appropriate District Attorney assigned by providing same with an electronic copy.

16 August 2007

x/[illegible signature]