IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07cr138-MEF |
| | ) | |
| ANTHONY W. WILLIAMS | ) | |

**ORDER**

On July 27, 2007, the court appointed the Federal Defender to represent the defendant. On July 25, 2007, prior to a detention hearing, the Federal Defender orally moved to withdraw because the defendant's family had retained counsel. *See* Docket Entry, July 25, 2007. The court granted her motion. *Id*.

On August 20, 2007, the defendant *pro se* filed a motion to appoint counsel. (Doc. # 18). Because it appears that retained counsel is unable to complete financial arrangements with the defendant's family, and for good cause, it is

ORDERED that the motion to appoint counsel (doc. # 18) be and is hereby GRANTED and the Federal Defender be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a written notice of appearance with this court.

Done this 22nd day of August, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE