IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07cr138-MEF |
| | ) | |
| ANTHONY W. WILLIAMS | ) | |

**ORDER**

Upon consideration of the *Motion to Substitute Counsel,* (doc. #25) filed by the United States, it is

**ORDERED** that the motion be and is hereby **GRANTED**.

Done this 16th day of October, 2007.

                                          /s/Charles S. Coody
                                     CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE