IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  2:07cr138-MEF |
| | ) | |
| ANTHONY W. WILLIAMS | ) | |

**O R D E R**

Upon consideration of the government's motion for release of prisoner (Doc. #28), filed on November 28, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of ANTHONY W. WILLIAMS to HIDTA Special Agent Eddie Spivey and/or MPD Officer Bill Hamil, on November 28, 2007, through April 30, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Special Agent Eddie Spivey and/or MPD Officer Bill Hamil shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 29th day of November, 2007.

                                          /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE