**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:07-cr-138-CSC-MEF |
| | ) | |
| **ANTHONY W. WILLIAMS** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the Defendant, **ANTHONY WILLIAMS**, by and through undersigned counsel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 2nd day of January, 2008.

> Respectfully submitted,
>
> **s/Christine A. Freeman**
> **CHRISTINE A. FREEMAN**
> **TN BAR NO.: 11892**
> Attorney for Anthony Williams
> Federal Defenders
> Middle District of Alabama
> 201 Monroe Street, Suite 407
> Montgomery, AL 36104
> TEL: (334) 834-2099
> FAX: (334) 834-0353
> E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esquire, Assistant United States Attorney.

                              **s/Christine A. Freeman**
                              **CHRISTINE A. FREEMAN**
                              **TN BAR NO.: 11892**
                              Attorney for Anthony Williams
                              Federal Defenders
                              Middle District of Alabama
                              201 Monroe Street, Suite 407
                              Montgomery, AL 36104
                              TEL:  (334) 834-2099
                              FAX:  (334) 834-0353
                              E-Mail: Christine_Freeman@fd.org