IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr138-MEF |
| | ) | |
| ANTHONY W. WILLIAMS, | ) | |
| aka FISH | ) | |

<u>MOTION TO STRIKE FORFEITURE ALLEGATION</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to strike the forfeiture allegation from the indictment returned July 18, 2007.

A proposed Order is filed herewith.

Respectfully submitted this 16th day of January, 2008.

    FOR THE UNITED STATES ATTORNEY
    LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, Alabama 36104
Telephone:(334) 223-7280
Bar Number: 7068-II58J

CERTIFICATE OF SERVICE

    I hereby certify that on January 16, 2008, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr138-MEF |
| | ) | |
| ANTHONY W. WILLIAMS, | ) | |
| aka FISH | ) | |

O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED.  It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE this ____ day of _____, 2008.


_____
UNITED STATES DISTRICT JUDGE