**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO.:2:07-cr-138-MEF** |
| ) | |
| **ANTHONY W. WILLIAMS** ) | |

**UNOPPOSED MOTION TO CONTINUE**
**SENTENCING HEARING**

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and pursuant to 18 U.S.C. § 3161(h), and respectfully moves this Court to move this matter from the March 27, 2008 date, to a later date beyond the April trial term.

In support of this Motion, defendant would show:

1.  Counsel for the prosecution has authorized undersigned counsel to state that the prosecution does <u>not</u> oppose this motion.

2.  Mr. Williams is a potential witness for a trial on the April 7, 2008 trial term.

3.  Mr. Williams' testimony may affect sentencing considerations in the instant case.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Anthony Williams
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407

Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorney.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Anthony Williams
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org