IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-138-MEF |
| | ) | |
| ANTHONY W. WILLIAMS | ) | |

# **O R D E R**

Upon consideration of the defendant's Unopposed Motion to Continue Sentencing (Doc. #38) filed on March 20, 2008, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set for March 27, 2008 is continued to April 22, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 24th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE