IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-CR-138-MEF |
| | ) | |
| ANTHONY W. WILLIAMS | ) | |

## <u>UNITED STATES' MOTION TO WITHDRAW</u>

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and respectfully requests that Assistant United States

Attorney Susan R. Redmond be allowed to withdraw from the above-styled case.

Respectfully submitted this the 18th day of April, 2008.

LEURA G. CANARY
United States Attorney

/s/Susan R. Redmond
SUSAN R. REDMOND
131 Clayton Street
Montgomery, AL 36104-3429
Phone: (334)223-7280
Fax: (334)223-7138
E-mail: susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA          )
                                  )
        v.                        )          CR. NO.  2:07-CR-138-MEF
                                  )
ANTHONY W. WILLIAMS               )


CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to: Christine

Freeman, Esq.


Respectfully submitted,

/s/Susan R. Redmond
SUSAN R. REDMOND
131 Clayton Street
Montgomery, AL 36104-3429
Phone: (334)223-7280
Fax: (334)223-7138
E-mail: susan.redmond@usdoj.gov