IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-138-MEF |
| | ) | |
| ANTHONY W. WILLIAMS | ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw (Doc. #43) filed by the government on April 18, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 23rd day of April, 2008.

        /s/ Mark E. Fuller
        CHIEF UNITED STATES DISTRICT JUDGE