**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO.:2:07-cr-138-MEF |
| | ) | |
| **ANTHONY W. WILLIAMS** | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND FOR APPOINTMENT OF CJA PANEL ATTORNEY**

**COMES NOW** the Undersigned Counsel, Christine A. Freeman, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Anthony W. Williams. In support of this Motion, Undersigned Counsel states the following:

1. On July 8, 2008, undersigned counsel became aware of a conflict of interest in the undersigned's continued representation of Mr. Williams.

2. Undersigned Counsel requests that CJA panel attorney Pate DeBardeleben be appointed to represent Mr. Williams in all further proceedings in this case. Mr. Williams will not be prejudiced by a change in counsel at this time, and Mr. DeBardeleben has agreed to accept appointment.

**WHEREFORE**, Undersigned Counsel respectfully requests that this Motion be granted.

Dated this 9th day of July 2008.

          Respectfully submitted,

          **s/Christine A. Freeman**
          **CHRISTINE A. FREEMAN**
          **TN BAR NO.: 11892**
          Attorney for Anthony Williams
          Federal Defenders
          Middle District of Alabama
          201 Monroe Street, Suite 407
          Montgomery, AL 36104
          TEL:  (334) 834-2099
          FAX:  (334) 834-0353
          E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on July 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: C. Clark Morris, Esq., Assistant United States Attorney.

      Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Anthony Williams
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org