IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07-CR-138-MEF |
| | ) | |
| ANTHONY W. WILLIAMS | ) | |

### ORDER

Upon consideration of the Motion to Withdraw as Counsel of Record and for Appointment of CJA Panel Attorney (doc. #47) filed by the defendant, it is

**ORDERED** that the motion to withdraw be and is hereby **GRANTED**.

It is further **ORDERED** that CJA Panel Attorney C. Pate DeBardeleben be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a notice of appearance with this court.

Done this 9th day of July, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE